**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■ __1st__  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Maria Cristina Fuentes__   JOINT DEBTOR:_____   CASE NO.: __13-21119-RAM__
Last Four Digits of SS# __6411__    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A. $__208.40__ for months __1__ to __40__;
   B. $__116.83__ for months __41__ to _____;
   C. $__283.20__ for months __42__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,500.+175. Costs +$525.(Motion to reconsider)+500.(Mod) =4,700.00
         TOTAL PAID $ __1,000.00__
         Balance Due-  $ __3,700.00__ payable $ __79.37__ /month (Months __1__ to __40__)
                                      $ __100.00__ /month (Months __41__ to ____)
                                      $ __212.50__ /month (Months __42__ to __43__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____         Arrearage on Petition Date $_____
Address:_____          Arrears Payment    $____/month (Months ___ to ___)
         _____          Regular Payment    $____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                    Payable $_____ /month (Months ___ to ___)

Unsecured Creditors:  Pay $ __121.68__ month  (Months __1__ to __40__)
                      Pay $ __5.15__ month    (Months __41__ to ____)
                      Pay $ __42.38__ month   (Months __42__ to __43__)
                      Pay $ __254.88__ month  (Months __44__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Ally Financial (2010 Nissan); DragonFly Motors, Inc (2003 Volkswagen) and Space Coast Credit Union (2010 Volkswagen) are current and being paid outside the Chapter 13 Plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.  Real property located at __16181 SW 138 Terr, Miami, FL 33196__ is being surrendered to __Allied Mortgage Investment Fund II, LLC__ account #6411.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.
            _____/s_____
Debtor
Date:_____11/01/16_____